Robert Jurado
CDCR # J-37600
San Quentin State Prison
San Quentin, CA 94964

In Propria Persona

FILED
JUL 3 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JURADO,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, JR., Warden, California State Prison at San Quentin, et al.,<br><br>    Respondents. | No. CV '08 CV 1400 JLS JMA<br><br>DEATH PENALTY CASE<br><br>**Request for Appointment of Counsel and for Stay of Execution of Death Sentence**<br><br>(No execution date pending) |

    Pursuant to Local Rules HC.3(d)(1) and HC.3(g)(2), I, Robert Jurado, request that this Court appoint qualified counsel to represent me in federal habeas corpus proceedings that will be initiated on my behalf to seek relief from the judgments of conviction and sentence of death imposed against me by the San Diego County Superior Court, Case No. CR 124438.

    Pursuant to Local Rule HC.3(g)(2), in order to permit the appointment of counsel, and to permit the preparation and filing on my behalf of a federal habeas corpus petition and the adjudication of the claims therein, I further request that the Court stay execution of my sentence of death and other proceedings related to the execution of that sentence, including preparation for execution and the setting of

1  an execution date, until final disposition in this Court of the federal habeas corpus
2  petition to be filed on my behalf.
3       I have not previously initiated federal habeas corpus proceedings
4  challenging my conviction and sentence of death in this Court or any other federal
5  court.
6       This request is based on my attached declaration.
7  DATED: July 28, 2008     Respectfully submitted,

                      *Robert Jurado*
                      Robert Jurado
                      Petitioner

1 Robert Jurado
CDCR # J-37600
2 San Quentin State Prison
San Quentin, CA 94964
3
4 In Propria Persona



IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ROBERT JURADO,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, JR., Warden, California State Prison at San Quentin, et al.,<br><br>    Respondents. | No. CV '08 CV 1400 JLS JMA<br><br>DEATH PENALTY CASE<br><br>**Declaration In Support of Request for Appointment of Counsel and for Stay of Execution of Death Sentence** |
|---|---|

    I, Robert Jurado, in support of my request that this Court appoint counsel to represent me in federal habeas corpus proceedings that will be initiated on my behalf, and stay execution of my death sentence, declare under penalty of perjury under the laws of the state of California and the United States:

    1.    I was convicted and sentenced to death on June 14, 1994, in the San Diego County Superior Court, State of California, Case No. CR 124438. I am incarcerated at San Quentin Prison, San Quentin, California.

    2.    My conviction and death sentence were affirmed by the California Supreme Court on April 6, 2006. *People v. Jurado*, Case No. S042698, 38 Cal.4th 72, *cert.* denied. 127 S. Ct. 383. A timely petition for writ of habeas corpus was

1  filed on my behalf in the California Supreme Court on August 11, 2005 (Case No.
2  S136327). The petition was denied on July 23, 2008.
3       3.   I intend to file a petition for writ of habeas corpus in this Court,
4  alleging federal constitutional errors that entitle me to relief from the judgments of
5  conviction and sentence of death. I need the assistance of counsel in preparing
6  and litigating this petition.
7       4.   The attorney who represented me in state court proceedings, James
8  M. Crawford of Orange, California, has advised me that he is not available to
9  represent me in these federal habeas corpus proceedings.
10      5.   I am indigent and do not have the assets to retain an attorney to
11 represent me in these proceedings.
12      6.   I have not previously initiated federal habeas corpus proceedings
13 challenging my conviction and death sentence in this Court or any other federal
14 court.
15
16 DATED: July 28, 2008                    _____
17                                              Robert Jurado

Robert Jurado
CDCR # J-37600
San Quentin State Prison
San Quentin, CA 94964

In Propria Persona



IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ROBERT JURADO,

    Petitioner,

v.

ROBERT L. AYERS, JR., Warden, California State Prison at San Quentin, et al.,

    Respondents.

No. CV '08 CV 1400 JLS JMA

DEATH PENALTY CASE

**DECLARATION OF SERVICE BY MAIL**

(No execution date pending)

1  DECLARATION OF SERVICE BY MAIL
2  RE:   ROBERT JURADO vs. Ayers, Case No.:_____
3        I, Kursten J. Hogard , declare that I am over 18 years of age and not a party
4  to the within cause; my business address is 101 Second Street, Suite 600, San
5  Francisco, CA  94105.  On July 29, 2008, I served a true and correct copy of the
6  attached

**REQUEST BY PRISONER FOR APPOINTMENT OF COUNSEL IN CALIFORNIA DEATH SENTENCE CASE AND FOR STAY OF EXECUTION OF DEATH SENTENCE**

**DECLARATION IN SUPPORT OF REQUEST BY PRISONER FOR APPOINTMENT OF COUNSEL**

**[PROPOSED] ORDER STAYING EXECUTION OF DEATH SENTENCE AND REFERRING THE MATTER TO THE SELECTION BOARD FOR SUGGESTION OF APPOINTED COUNSEL**

on each of the following, by placing same in an envelope (or envelopes) addressed (respectively) as follows:

Clerk of the Court
San Diego County Superior Court
220 West Broadway
San Diego, California 92101
///
///

| | |
|---|---|
| 1 | Robert L. Ayers, Jr. |
| 2 | Warden |
| 3 | San Quentin State Prison |
| 4 | San Quentin, CA  94964 |
| 5 | |
| 6 | Robert Jurado |
| 7 | CDC# J37600 |
| 8 | San Quentin State Prison |
| 9 | San Quentin, CA  94974 |
| 10 | |
| 11 | James M. Crawford |
| 12 | 528 N Glassell |
| 13 | Orange, CA, 92867 |
| 14 | |
| 15 | Michael G. Millman |
| 16 | California Appellate Project |
| 17 | 101 Second Street, Suite 600 |
| 18 | San Francisco, CA  94105 |
| 19 | |
| 20 | San Diego District Attorney |
| 21 | Hall of Justice |
| 22 | 330 W. Broadway |
| 23 | San Diego, CA 92101 |
| 24 | |
| 25 | Deputy Attorney General Marvin Mizell |
| 26 | Office of the Attorney General |
| 27 | 110 W A St Ste 1100, San Diego, CA, 92101 |
| 28 | |

1  Enclosed said envelope was then, on [date of service], sealed and deposited
2  in the United States Mail at [City], California, the county in which I am employed,
3  with the postage thereon fully prepaid.
4
5  I declare under penalty of perjury that the foregoing is true and correct.
6  Executed on July 29, 2008, at San Francisco, California.
7
8
9
10  Kursten J. Hogard
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Robert Jurado

### DEFENDANTS
Robert L. Ayers, Jr.

(b) County of Residence of First Listed Plaintiff: **Marin**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Robert Jurado
San Quentin State Prison
San Quentin, CA 94964
J-37600

Attorneys (If Known)

'08 CV 1400 JLS JMA

**FILED**
JUL 31 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☒ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**28 USC 2254 Death Penalty**
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: 7·31·08
SIGNATURE OF ATTORNEY OF RECORD: R. Mull'n

**FOR OFFICE USE ONLY**
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____