FILED

2008 AUG -6 AM 9: 12

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JURADO,<br><br>                Petitioner,<br><br>vs.<br><br><br><br><br>ROBERT L. AYERS, JR., Warden of San Quentin State Prison,<br><br>                Respondent. | CASE NO. 08cv1400 JLS (JMA)<br><br>*DEATH PENALTY CASE*<br><br><br>**ORDER STAYING EXECUTION OF DEATH SENTENCE AND REFERRING MATTER TO SELECTION BOARD FOR SUGGESTION OF APPOINTED COUNSEL** |

On July 31, 2008, Petitioner Robert Jurado filed a request for appointment of counsel for federal habeas proceedings and for a stay of execution of his sentence. Pursuant to 18 U.S.C. § 3599, Petitioner's request for appointment of counsel is **GRANTED**, and it is **HEREBY ORDERED** that this matter be referred to the Selection Board for the United States District Court, Southern District of California, for suggestion of one or more counsel to be appointed to represent Petitioner in these proceedings.

**IT IS FURTHER ORDERED**, pursuant to Local Rules HC.3(d), that the execution of Petitioner's sentence of death, and all court and other proceedings related to the execution of that sentence, including preparation for execution and the setting of an execution date, are stayed for forty-five (45) days, up to and including **Monday, September 15, 2008.**

08cv0311

1         The Clerk of the Court shall serve a certified copy of this order on Petitioner Robert Jurado;

2    Attorney James M. Crawford; Respondent, Robert L. Ayers, Jr., Warden of San Quentin Prison; the

3    Clerk of the San Diego County Superior Court; Edmund G. Brown, Attorney General of the State of

4    California; Marvin Mizell, Deputy Attorney General of the State of California; Office of the District

5    Attorney of San Diego County; and Michael G. Millman, Executive Director of the California

6    Appellate Project, San Francisco.

7    **IT IS SO ORDERED.**

8    Dated: _Aug 5, 2008_

9                                                 **Honorable Janis L. Sammartino**
                                             United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28