```
 1 | EDMUND G. BROWN JR.
   | Attorney General of the State of California
 2 | DANE R. GILLETTE
   | Chief Assistant Attorney General
 3 | GARY W. SCHONS
   | Senior Assistant Attorney General
 4 | PETER QUON, JR.
   | Supervising Deputy Attorney General
 5 | MARVIN E. MIZELL, State Bar No. 190786
   | Deputy Attorney General
 6 |   110 West A Street, Suite 1100
   |   San Diego, CA 92101
 7 |   P.O. Box 85266
   |   San Diego, CA 92186-5266
 8 |   Telephone: (619) 645-3040
   |   Fax: (619) 645-2271
 9 |   Email: Marvin.Mizell@doj.ca.gov
10 | Attorneys for Respondent
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT J. JURADO, JR.,**<br><br>Petitioner,<br><br>v.<br><br>**ROBERT L. AYERS, JR.,**<br><br>Respondent. | 08-cv-01400 JLS (JMA)<br><br>**NOTICE OF APPEARANCE**<br><br>Courtroom:       Judge: The<br>                 Honorable Jan M.<br>                 Adler |

PLEASE TAKE NOTICE that Respondent in the above-entitled matter will be represented by:

MARVIN E. MIZELL

Deputy Attorney General

California Department of Justice

Office of the Attorney General

San Diego, California 92101

Telephone No. (619) 645-3040

Case No. 08-cv-01400 JLS (JMA)

1

1     Fax No. (619) 645-2271

2     Marvin.Mizell@doj.ca.gov

3     Dated: August 26, 2008

4                Respectfully submitted,

5                EDMUND G. BROWN JR.
                  Attorney General of the State of California

6                DANE R. GILLETTE
                  Chief Assistant Attorney General

7

8                GARY W. SCHONS
                  Senior Assistant Attorney General

9                PETER QUON, JR.
                  Supervising Deputy Attorney General

10

11

12               s/ MARVIN E. MIZELL
                MARVIN E. MIZELL

13               Deputy Attorney General
                Attorneys for Respondent

14

15

   70134698.wpd

16   SD2008700717

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 08-cv-01400 JLS (JMA)

**CERTIFICATE OF SERVICE BY U.S. MAIL**

Case Name:   Robert J. Jurado, Jr. v. Robert L. Ayers, Jr., Warden
Case No.:    08-cv-01400 JLS (JMA)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 26, 2008, I served the following documents **NOTICE OF APPEARANCE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

**Manual Notice List**
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Robert J. Jurado, Jr.
CDC No. J-37600
San Quentin State Prison
San Quentin, CA 94974
*Petitioner In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 26, 2008, at San Diego, California.

C. Pasquali                          *C. Pasquali*
―――――――――――――                        ―――――――――――――
Declarant                            Signature

SD2008700717
70134701.wpd