1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  PETER QUON, JR.
   Supervising Deputy Attorney General
5  MARVIN E. MIZELL, State Bar No. 190786
    110 West A Street, Suite 1100
6   San Diego, CA 92101
    P.O. Box 85266
7   San Diego, CA 92186-5266
    Telephone: (619) 645-3040
8   Fax: (619) 645-2271
    Email: Marvin.Mizell@doj.ca.gov
9
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. JURADO, JR.,<br><br>            Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, JR.,<br><br>            Respondent. | 08-cv-01400 JLS (JMA)<br><br>**NOTICE OF ERRATA TO THE NOTICE OF APPEARANCE**<br><br>Judge:  The Honorable Jan M. Adler |

This document was filed on August 26, 2008 (Doc. No. 3). Respondent hereby notifies the Court for some unknown reason the address was incomplete and is hereby replaced by the correct paragraph:

   MARVIN E. MIZELL

   Deputy Attorney General

   California Department of Justice

   Office of the Attorney General

   110 West A Street, Ste. 1100

   San Diego, CA 92101

   Telephone No. (619) 645-3040

08-cv-01400 JLS (JMA)

1

1  Fax No. (619) 645-2271

2  Marvin.Mizell@doj.ca.gov

3  Dated:  August 26, 2008

4  Respectfully submitted,

5  EDMUND G. BROWN JR.
   Attorney General of the State of California

6  DANE R. GILLETTE
   Chief Assistant Attorney General

7  GARY W. SCHONS
   Senior Assistant Attorney General

8

9  PETER QUON, JR.
   Supervising Deputy Attorney General

10

11

12  <u>s/ MARVIN E. MIZELL</u>
    MARVIN E. MIZELL
    Deputy Attorney General

13  Attorneys for Respondent

14  70134705.wpd
    SD2008700717
15

16

17

18

19

20

21

22

23

24

25

26

27

28

08-cv-01400 JLS (JMA)

**CERTIFICATE OF SERVICE BY U.S. MAIL**

Case Name:   Robert J. Jurado, Jr. v. Robert L. Ayers, Jr., Warden
Case No.:    08-cv-01400 JLS (JMA)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 26, 2008</u>, I served the following documents **NOTICE OF ERRATA TO THE NOTICE OF APPEARANCE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

# Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Robert J. Jurado, Jr.
CDC No. J-37600
San Quentin State Prison
San Quentin, CA 94974
*Petitioner In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 26, 2008</u>, at San Diego, California.

C. Pasquali                                    C. Pasquali
———————                                     ———————
Declarant                                      Signature

SD2008700717
70134701.wpd